Bonny E. Sweeney (SBN 176174)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
bsweeney@hausfeld.com
sstein@hausfeld.com

*Counsel for Plaintiff Peekya Services, Inc. and the Proposed Class*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEEKYA SERVICES, INC.,** *on behalf of itself and the proposed class*, <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE LLC, GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; AND GOOGLE ASIA PACIFIC PTE. LIMITED,** <br><br> Defendants. | Case No. 3:20-cv-06772 <br><br> **NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1  TO THE COURT AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE that on September 29, 2020, an Administrative Motion was filed
3  to consider whether the above-captioned case should be related to *Epic Games, Inc. v. Google LLC*
4  *et al.,* Case No. 3:20-cv-05671-JD (N.D. Cal, filed August 13, 2020) ("*Epic*"), the first-filed and
5  lowest-numbered action. A copy of that filing is attached hereto as Exhibit A.

6

7  Dated: September 29, 2020          Respectfully submitted,

8           By: /s/ *Bonny E. Sweeney*
         Bonny E. Sweeney (SBN 176174)
9           Samantha J. Stein (SBN 302034)
         **HAUSFELD LLP**
10          600 Montgomery Street, Suite 3200
         San Francisco, CA 94111
11          Tel.: (415) 633-1908 (main)
         Tel.: (415) 633-1953 (direct)
12          Fax: (415) 358-4980
13          bsweeney@hausfeld.com
         sstein@hausfeld.com
14

15          Melinda R. Coolidge (*pro hac vice forthcoming*)
         **HAUSFELD LLP**
16          1700 K Street, NW, Suite 650
         Washington, DC 20006
17          Tel.: (202) 540-7200 (main)
         Tel.: (202) 540-7144 (direct)
18          Fax: (202) 540-7201
         mcoolidge@hausfeld.com
19

20          Katie R. Beran (*pro hac vice forthcoming*)
         **HAUSFELD LLP**
21          325 Chestnut Street, Suite 900
         Philadelphia, PA 19106
22          Tel.: (215) 985-3270 (main)
         Tel.: (267) 702-3215 (direct)
23          Fax: (215) 985-3271
24          kberan@hausfeld.com

25          Scott A. Martin (*pro hac vice forthcoming*)
         Irving Scher (*pro hac vice forthcoming*)
26          **HAUSFELD LLP**
27          33 Whitehall Street, 14th Floor

        1
28 NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

New York, NY 10004
Tel.: (646) 357-1100 (main)
Tel.: (646) 357-1195 (direct)
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Michael Lewis (*pro hac vice pending*)
**The Lewis Firm PLLC**
1300 I Street NW, Suite 400E
Washington, DC 20005
Tel.: (202) 355-8895
Fax: (888) 430-6695
mlewis@lewis-firm.com

*Counsel for Plaintiff Peekya Services, Inc. and the Proposed Class*

NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED