1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  PURE SWEAT BASKETBALL, INC.,<br>        Plaintiff,<br>                    vs.<br>13  GOOGLE LLC, *et a*l.,<br>        Defendants. | Case No. 3:20-cv-05792-JD |
| 15  PEEKYA APP SERVICES, INC.<br>        Plaintiff,<br>                    vs.<br>16  GOOGLE LLC, et al.,<br>        Defendants. | Case No. 3:20-cv-06772-JD |
| 18  *This action is related to:*<br><br>19  *Epic Games, Inc. v. Google LLC, et al.,*<br>    Case No. 3:20-cv-05671-JD<br><br>21  *Carr, et al v. Google LLC, et al.,*<br>    Case No. 3:20-cv-05761-JD | **DECLARATION OF BONNY E.<br>SWEENEY IN SUPPORT OF MOTION<br>TO APPOINT INTERIM CLASS<br>COUNSEL**<br><br>Date:         December 3, 2020<br>Time:         10:00 a.m.<br>Courtroom:  Via Zoom Platform<br>Judge:        Hon. James Donato |

24
25
26
27
28

I, Bonny E. Sweeney, declare as follows:

1.      I am a partner in the law firm of Hausfeld LLP. I am submitting this Declaration in support of Plaintiffs' Motion to Appoint Interim Class Counsel. I have personal knowledge of the information set forth in this Declaration.

2.      Hausfeld's firm resume, highlighting the firm's leadership roles in complex class actions, its accomplishments and awards, its recognition by the national and global antitrust bar as a leading firm in the antitrust field, among other highlights, as well as the individual qualifications of the lawyers working on this matter, is attached hereto as Exhibit A.


DATED: October 21, 2020                    By:  _/s/ Bonny E. Sweeney_
                                                Bonny E. Sweeney

# EXHIBIT A

# HAUSFELD

## Hausfeld Firm Resume

www.hausfeld.com

BOSTON
NEW YORK
PHILADELPHIA
SAN FRANCISCO
WASHINGTON, DC
AMSTERDAM
BERLIN
BRUSSELS
DÜSSELDORF
LONDON
PARIS
STOCKHOLM



# Hausfeld Firm Summary

In the last decade, Hausfeld attorneys have won landmark trials, negotiated complex settlements among dozens of defendants, and recovered billions of dollars for clients both in and out of court. Renowned for skillful prosecution and resolution of complex and class-action litigation, Hausfeld is the only claimants' firm to be ranked in the top tier in private enforcement of antitrust/competition law in both the United States and the United Kingdom by *The Legal 500* and *Chambers & Partners*. Our German office was also ranked by *The Legal 500* for general competition law.

From our locations in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Brussels, Paris, Düsseldorf, Stockholm, and London, Hausfeld contributes to the development of law in the United States and abroad in the areas of antitrust/competition, consumer protection, environmental threats, human and civil rights, mass torts, and securities fraud. Hausfeld attorneys have studied the global integration of markets—and responded with innovative legal theories and a creative approach to claims in developed and emerging markets.

Hausfeld was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights. *The New York Times* has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," while *Washingtonian Magazine* characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

## Antitrust and Competition Litigation

Hausfeld's reputation for leading groundbreaking antitrust class actions in the United States is well-earned. Having helmed more than 40 antitrust class actions, Hausfeld attorneys are prepared to **litigate and manage cases with dozens of defendants** (*In re Blue Cross Blue Shield Antitrust Litigation*, with more than thirty defendants), **negotiate favorable settlements for class members and clients** (*In re Air Cargo Shipping Services Antitrust Litigation*, settlements of more than $1.2 billion), **take on the financial services industry** (*In re Foreign Exchange Antitrust Litigation*, with settlements of more than $2.3 billion), **take cartelists to trial** (*In re Vitamin C Antitrust Litigation*, trial victory of $162 million against Chinese manufacturers of vitamin C), and **push legal boundaries where others have not** (*O'Bannon v. NCAA*, another trial victory in which the court found that NCAA rules prohibiting additional scholarship payments to players as part of the recruiting process are unlawful).

Hausfeld is "the world's leading antitrust litigation firm."

*– Politico*



# Hausfeld: A Global Reach

Hausfeld's international reach enables it to advise across multiple jurisdictions and pursue claims on behalf of clients worldwide. Hausfeld works closely with clients to deliver outstanding results while always addressing their business concerns. Hausfeld does so by anticipating issues, considering innovative strategies, and maximizing the outcome of legal disputes in a way that creates shareholder value. Its inventive cross border solutions work to the benefit of the multinational companies it often represents.

## Creative Solutions to Complex Legal Challenges

Hausfeld lawyers consistently apply forward-thinking ideas and creative solutions to the most vexing global legal challenges faced by clients. As a result, the firm's litigators have developed numerous innovative legal theories that have expanded the quality and availability of legal recourse for claimants around the globe that have a right to seek recovery. Hausfeld's impact was recognized by the *Financial Times,* which honored Hausfeld's European team with the "Innovation in Legal Expertise - Dispute Resolution," award, which was followed up by FT commending Hausfeld's North American team for its innovative work in the same category. In addition, *The Legal 500* has ranked Hausfeld as the only top tier claimants firm in private enforcement of antitrust/competition law in both the United States and the United Kingdom. For example, the landmark settlement that Hausfeld negotiated to resolve claims against Parker ITR for antitrust overcharges on marine hoses represented the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation—creating opportunities never before possible for dispute resolution and providing a new model for global cartel settlements going forward.

## Unmatched Global Resources

The firm combines its U.S. offices on both coasts and vibrant European presence with a broad and deep network around the globe to offer clients the ability to seek redress or confront disputes in every corner of the world and across every industry. With over 100 lawyers in offices in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Brussels, Paris, Stockholm, and London, Hausfeld is a "market leader for claimant-side competition litigation" (*The Legal 500*).

"Hausfeld, which 'commits extensive resources to the most difficult cases,' widely hails as one of the few market-leading plaintiff firms."

*– The Legal 500*

# HAUSFELD

# Antitrust Litigation

## Hausfeld's antitrust litigation experience is unparalleled

Few, if any, U.S. law firms are litigating more class actions on behalf of companies and individuals injured by anticompetitive conduct than Hausfeld. The firm has litigated cases involving price-fixing, price manipulation, monopolization, tying, and bundling, through individual and class representation and has experience across a wide variety of industries, including automotive, banking, chemicals, construction, manufacturing, energy, financial services, food and beverage, health care, mining and metals, pharmaceuticals and life sciences, retail, sports and entertainment, technology, and transportation. Clients rely on us for our antitrust expertise and our history of success in

> "Hausfeld LLP, 'one of the most capable plaintiffs' firms involved in the area of civil cartel enforcement,' is [w]idely recognised as a market leader for claimant-side competition litigation... [It is the] market leader in terms of quantity of cases, and also the most advanced in terms of tactical thinking."
>
> *– The Legal 500*

the courtroom, and at the negotiation table, and the firm does not shy away from challenges, taking on some of the most storied institutions. Hausfeld is not only trusted by its clients, it is trusted by judges to pursue these claims, as evidenced by the fact that the firm has been appointed as lead or co-lead counsel in over 40 antitrust cases in the last decade. In one example, Judge Morrison C. England of the Eastern District of California praised Hausfeld for having "the breadth of experience, resources and talent necessary to navigate" cases of import.

Recognizing the firm's antitrust prowess, *Global Competition Review* has opined that Hausfeld is "one of—if not the— top Plaintiffs' antitrust firm in the U.S." *The Legal 500* and

*Chambers and Partners* likewise consistently rank Hausfeld among the top five firms in the United States for antitrust litigation on behalf of plaintiffs. And in naming Hausfeld to its Plaintiffs' Hot List, *The National Law Journal* opined that Hausfeld "punches above its weight" and "isn't afraid to take on firms far larger than its size and deliver results, especially in antitrust litigation."

## Hausfeld has achieved outstanding results in antitrust cases

Hausfeld lawyers have achieved precedent-setting legal decisions and historic trial victories, negotiated some of the world's most complex settlement agreements, and have collectively recovered billions of dollars in settlement and judgments in antitrust cases. Key highlights include:

- *In re Foreign Exchange Benchmark Rates Antitrust Litig.,* **13-cv-7789 (S.D.N.Y.)**
  Hausfeld serves as co-lead counsel in this case alleging financial institutions participated in a conspiracy to manipulate a key benchmark in the foreign exchange market. To date, the firm has obtained over **$2.3 billion** in settlements from **fifteen defendants.** The case is ongoing against the remaining defendant.

- *In re LIBOR-Based Financial Instruments Antitrust Litig.,* **No. 11-md-2262 (S.D.N.Y.)**
  Hausfeld serves as co-lead counsel in this case against sixteen of the world's largest financial institutions for conspiring to fix LIBOR, the primary benchmark for short-term interest rates. To date, the firm has obtained **$590 million** in settlements with four defendants. An antitrust class has been certified and the case is ongoing against the remaining defendants.

- *In re Blue Cross Blue Shield Antitrust Litig.,* **No. 13-mdl- 2496 (N.D. Ala.)**
  The Court appointed Hausfeld attorneys as co-lead counsel, and to the Plaintiffs' Steering Committee, in this case against Blue Cross Blue Shield entities. This case was brought against over 30 Blue Cross companies and its trade association (BCBSA), and alleges that they illegally agreed not to compete with each other for health insurance subscribers across the United States. After defeating motions to dismiss, Hausfeld marshalled evidence from a

# HAUSFELD

record that consisted of over 14 million documents from more than thirty defendants and won a landmark ruling when the district court ruled that the per se standard would be applied to defendants' conduct. Plaintiffs will next move towards class certification and trial.

• *O'Bannon v. NCAA*, No. 09-cv-03329 (N.D. Cal.)
In the landmark O'Bannon litigation, Hausfeld represented college athletes who collectively alleged that the NCAA, its members, and its commercial partners, violated federal antitrust law by unlawfully foreclosing former players from receiving any compensation related to the use of their names, images, and likenesses in television broadcasts, rebroadcasts, and videogames. In 2013, the plaintiffs announced a $40 million settlement agreement with defendant Electronic Arts, Inc., which left the NCAA as the remaining defendant. Following trial in 2014, the Court determined that the NCAA had violated the antitrust laws and issued a permanent injunction. The Ninth Circuit affirmed the NCAA's violation of the antitrust laws and upheld significant injunctive relief—the practical effect of which is that college athletes can now each receive up to $5,000 more every year as part of their scholarship package (to cover their education, travel and medical expenses, and acquire pre-professional training as they enter the work force).

• *In re Vitamin C Antitrust Litig.*, No. 06-md-01738 (E.D.N.Y.)
Hausfeld serves as co-lead counsel in the first class antitrust case in the United States against Chinese manufacturers. Hausfeld obtained settlements for the class of **$22.5 million from two of the defendants**—the first after summary judgment, and the second just before closing arguments at trial. Days later, the jury reached a verdict against the remaining defendants, and the court entered a judgment for **$148 million** after trebling the damages awarded. On appeal to the U.S. Supreme Court, our clients prevailed, and the case was remanded for further consideration by the Second Circuit.

• *In re Air Cargo Shipping Services Antitrust Litig.*, No. 06-md-1775 (E.D.N.Y.)
Hausfeld served as co-lead counsel in this case alleging over thirty international airlines engaged in a conspiracy to fix the price of air cargo shipping services. The firm negotiated more than **$1.2 billion** in settlements from over 30 defendants for the class, won certification of the class and defeated the defendants' motions for summary judgment.

• *In re Packaged Seafood Products Antitrust Litigation*, No. 3:15-md-02670-JLS-MDD (S.D. Cal.)
The Court appointed Hausfeld attorneys as sole interim lead counsel for the putative class of direct purchasers of packaged seafood products, alleging a price-fixing conspiracy among the leading U.S. manufacturers—Chicken of the Sea, StarKist and Bumble Bee. On July 30, 2019, the Honorable District Judge Janis L. Sammartino of the Southern District of California granted class certification to a class of direct purchasers and appointed Hausfeld as class counsel. No trial date has yet been set.

• *In re Disposable Contact Lens Antitrust Litig.*, No. 3:15-md-2626-J-20JRK (M.D. Fla.)
Hausfeld serves as one of the three co-lead counsel for a nationwide class of consumers alleging horizontal and vertical conspiracies by the four leading contact lens manufacturers and their primary distributor to impose minimum resale price maintenance policies called "unilateral pricing policies," or "UPPs." On June 16, 2016, the court denied the defendants' motions to dismiss, and on February 21, 2018, the plaintiffs announced that they had reached a settlement with CooperVision. The court preliminarily approved that settlement on July 10, 2018. On December 4, 2018, the court certified a nationwide class of consumers asserting federal antitrust claims, as well as Maryland and California sub-classes. The case is scheduled to go to trial in February 2020.

• *In re International Air Passenger Surcharge Antitrust Litig.*, No. 06-md-01793 (N.D. Cal.)
Hausfeld served as co-lead counsel in this case against two international airlines alleged to have fixed fuel surcharges on flights between the United States and United Kingdom. Lawyers at the firm negotiated a ground-breaking **$200 million** international settlement that provides recovery for both U.S. purchasers under U.S. antitrust laws and U.K. purchasers under U.K. competition laws.

• *In re Municipal Derivatives Antitrust Litig.*, No. 08-cv-2516 (S.D.N.Y.)
Hausfeld served as co-lead counsel in this case against banks, insurance companies, and brokers accused of rigging bids on derivative instruments purchased by municipalities. The firm obtained over **$200 million** in settlements with more than **ten defendants**.

# HAUSFELD®

- **In re Automotive Aftermarket Lighting Products Antitrust Litig., No. 09-ML-2007 (C.D. Cal.)**
  Hausfeld served as co-lead counsel in this case against three manufacturers for participating in an international conspiracy to fix the prices of aftermarket automotive lighting products. The firm obtained over **$50 million** in settlements.

- **In re Processed Egg Products Antitrust Litig., No. 08-cv-04653 (E.D. Pa.)**
  Hausfeld served as co-lead counsel in this case alleging that egg producers, through their trade associations, engaged in a scheme to artificially inflate egg prices by agreeing to restrict the supply of both laying hens and eggs. The firm obtained over **$135 million** in settlements, won certification of a class of shell egg purchasers, and tried the case against the remaining defendants.

- **In re Fresh and Process Potatoes Antitrust Litig., No. 10-MD-2186 (D. Idaho)**
  Hausfeld served as chair of the executive committee in this case alleging that potato growers, their cooperatives, processors, and packers conspired to manipulate the price and supply of potatoes. In defeating defendants' motion to dismiss, the firm secured a judicial determination that supply restrictions are not protected conduct under a limited federal antitrust exemption available to certain grower associations—a novel question that had never before been decided by any court. The firm obtained **$19.5 million** in settlements and valuable injunctive relief prohibiting future production limitation agreements, achieving global resolution of the case.

- **In re American Express Anti-Steering Rules Antitrust Litig., No. 11-md-2221 (E.D.N.Y)**
  As lead counsel, Hausfeld represents a class of merchants and retailers against American Express. The merchants allege that American Express violated antitrust laws by requiring them to accept all American Express cards, and by preventing them from steering their customers to other payment methods.

- **In re Domestic Airline Travel Antitrust Litig., No. 15-1404 (CKK) (D.D.C.)**
  Hausfeld serves as co-lead counsel for a proposed class of domestic air passengers that collectively allege the defendants, the four major U.S. passenger air carriers — United, American, Delta, and Southwest — conspired to fix domestic airfares by colluding to limit their respective capacity. The passengers allege that Defendants, in which a common set of investors owned significant shares during the conspiracy period, carried out the conspiracy through repeated assurances to each other on earnings calls and other statements that they each were engaging in "capacity discipline". In October 2016, the court denied defendants' motion to dismiss. Since that time, the firm has obtained $60 million in settlements with American and Southwest. The litigation against United and Delta is ongoing.



# Litigation Achievements

## Significant Trial Victories

While many law firms like to talk about litigation experience, Hausfeld lawyers regularly bring cases to trial—and win. Among our trial victories are some of the largest antitrust cases in the modern era. For example, in *O'Bannon v. NCAA* **(N.D. Cal.)**, we conducted a three-week bench trial before the chief judge of the Northern District of California, resulting in a complete victory for college athletes who alleged an illegal agreement among the National Collegiate Athletic Association and its member schools to deny payment to athletes for the commercial licensing of their names, images, and likenesses. Our victory in the *O'Bannon* litigation followed the successful trial efforts in *Law v. NCAA* **(D. Kan.)**, a case challenging earning restrictions imposed on assistant college coaches in which the jury awarded **$67 million** to the class plaintiffs that one of our lawyers represented.

In *In re Vitamin C Antitrust Litigation* **(E.D.N.Y.)**, we obtained, on behalf of our direct purchaser clients, a **$148 million** jury verdict and judgment against Chinese pharmaceutical companies that fixed prices and controlled export output of Vitamin C—on the heels of $22.5 million in settlements with other defendants, which represented the first civil settlements with Chinese companies in a U.S. antitrust cartel case. Years earlier, we took on a global vitamin price-fixing cartel in *In re Vitamins* **(D.D.C.)**, in which we secured a **$1.1 billion settlement** for a class of vitamin purchasers and then took the remaining defendants to trial, culminating in a **$148 million jury verdict**.

Our trial experience extends to intellectual property matters and general commercial litigation as well. Recently, we represented entertainment companies that sought to hold internet service provider Cox Communications accountable for willful contributory copyright infringement by ignoring the illegal downloading activity of its users. Following a trial in *BMG Rights Management (US) LLC, v. Cox Enterprises, Inc.* **(E.D. Va.)**, the jury returned a **$25 million verdict** for our client. After the defendants appealed and prior to a new trial, the parties settled.

## Exceptional Settlement Results

Over the past decade, Hausfeld has recouped over $20 billion for clients and the classes they represented. We are proud of our record of successful dispute resolution. Among our settlement achievements, a selection of cases merit special mention.

In the high profile *In re Foreign Exchange Benchmark Rates Antitrust Litigation* **(S.D.N.Y.)**, we negotiated settlements totaling more than $2.3 billion with fifteen banks accused of conspiring to manipulate prices paid in the foreign-exchange market. In another case involving allegations of pricefixing among the world's largest airfreight carriers, *In re Air Cargo Shipping Services Antitrust Litigation* **(E.D.N.Y.)**, we negotiated settlements with more than 30 defendants totaling over $1.2 billion—all in advance of trial. In the ongoing *In re: LIBOR-Based Financial Instruments Antitrust Litigation* **(S.D.N.Y.)** case, we have secured settlements to date totaling $590 million with Barclays ($120 million), Citi ($130 million), Deutsche Bank ($240 million), and HSBC ($100 million). The court has granted final approval to each of these settlements.

Most recently, Hausfeld served as class counsel in *Hale v. State Farm Mutual Automobile Insurance Co.* **(S.D.Ill.)**. This case involved allegations that State Farm worked to help elect an Illinois state supreme court justice in order to overturn a billion-dollar judgment against it. On the day opening statements were to be delivered to the jury, State Farm agreed to settle for $250 million. Finally, in the global *Marine Hose* matter, we broke new ground with the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation. That settlement enabled every one of Parker ITR's non-US marine-hose purchasers to recover up to 16% of their total purchases.

These cases are just five among dozens of recent landmark settlements across our practice areas.

# HAUSFELD®

# Reputation and Leadership in the Antitrust Bar

## Court Commendations

Judges across the country have taken note of Hausfeld's experience and results achieved in antitrust litigation.

"All class actions generally are more complex than routine actions… But this one is a doozy. This case is now I guess nearly more than ten years old. The discovery as I've noted has been extensive. The motion practice has been extraordinary… The recovery by the class is itself extraordinary. The case, the international aspect of the case is extraordinary. Chasing around the world after all these airlines is an undertaking that took enormous courage."

– Judge Brian M. Cogan
*In re Air Cargo Shipping Services Antitrust Litigation*, No. 06-md-1775 (E.D.N.Y.)

Comparing Hausfeld's work through trial to *Game of Thrones*: "where individuals with seemingly long odds overcome unthinkable challenges… For plaintiffs, their trial victory in this adventurous, risky suit, while more than a mere game, is nothing less than a win…"

– Magistrate Judge Nathanael M. Cousins
*O'Bannon v. Nat'l College Athletic Ass'n*, No. 09-cv-3329 (N.D. Cal.)

Hausfeld lawyers achieved "really, an outstanding settlement in which a group of lawyers from two firms coordinated the work… and brought an enormous expertise and then experience in dealing with the case." "[Hausfeld lawyers are] more than competent. They are outstanding."

– Judge Charles R. Breyer
*In re International Air Passenger Surcharge Antitrust Litig.*, No. 06-md-01793 (N.D. Cal.) (approving a ground-breaking $200 million international settlement that provided recovery for both U.S. purchasers under U.S. antitrust laws, and U.K. purchasers under U.K. competition laws.)

Hausfeld has "the breadth of experience, resources and talent necessary to navigate a case of this import." Hausfeld "stands out from the rest."

– District Judge Morrison C. England Jr.
*Four In One v. SK Foods*, No. 08-cv-3017 (E.D. Cal.)

"The class is represented by what I would describe as an all-star group of litigators…"

– District Judge David R. Herdon
*Hale v. State Farm*, No. 12-cv-00660-DRH-SCW (S.D. Ill.)

# HAUSFELD

# Awards and Recognitions



### *The Legal 500:*

In 2020, for the 11th consecutive year, Hausfeld was ranked in the top tier nationally for firms in antitrust civil litigation and class actions by *The Legal 500*. The publication described Hausfeld lawyers as "pragmatic, smart and focused litigation experts," and the firm as "at the top of its game," with "a number of heavyweight practitioners." The publication has previously stated that:

"DC firm Hausfeld LLP remains top-notch in antitrust litigation… Hausfeld LLP is one of the most capable plaintiffs firms involved in the area of civil cartel enforcement, and is handling some of the major cartel-related cases…"

*The Legal 500* has also recognized that Hausfeld is a "market transformer," the "most innovative firm with respect to antitrust damages," is "[d]riven by excellence," "anticipates the evolving needs of clients," and delivers "outstanding advice not only in legal terms but also with a true entrepreneurial touch. . . ."



### *Who's Who Legal:*

In 2019, *Who's Who Legal* honored Hausfeld as the 'Competition Plaintiff Firm of the Year,' noting that the firm is, "a giant in the competition plaintiff field that once again demonstrates the strength and depth of its expertise..."

In 2018, the publication recognized the firm as "[a] powerhouse in the plaintiffs' litigation field, with particularly deep capability in competition matters," highlighting "nine outstanding litigators."



### *Concurrences*

In 2020, the Hausfeld Competition Bulletin article titled, "Data Exploiting as an Abuse of Dominance: The German Facebook Decision," authored by Hausfeld lawyer Thomas Höppner, was awarded *Concurrences'* 2020 Writing Award in its Unilateral Conduct (Business) category.

In 2018, an article authored by Hausfeld lawyer Scott Martin, joined by co-authors Brian Henry and Michaela Spero, was awarded *Concurrences'* 2018 Writing Award for Private Enforcement (Business) Category. The article, "Cartel Damage Recovery: A Roadmap for In-House Counsel," was originally published in *Antitrust Magazine*.

In 2017, Hausfeld's Competition Bulletin was selected to be ranked among the top antitrust firms distributing newsletters and bulletins. Hausfeld is the only Plaintiffs' firm to be ranked, and we secured the number one spot for Private Enforcement Newsletters.

In 2015, Hausfeld Partners Michael Hausfeld, Michael Lehmann and Sathya Gosselin won the *Concurrences'* 2015 Antitrust Writing Awards in the Private Enforcement (Academic) category for their article, "Antitrust Class Proceedings—Then and Now," Research in Law and Economics, Vol. 26, 2014.



## Financial Times:

In 2019, the *Financial Time*s named Hausfeld one of the 25 'Most Innovative Law Firms: Overall' in North America. Notably, Hausfeld was the only plaintiffs' firm to make the list. In 2018, the *Financial Times'* Innovative Lawyers Report honored Hausfeld with the 'Innovation in Legal Expertise - Dispute Resolution' award for the firm's work with Dutch transportation insurer TVM. The *Financial Times* followed up this award by commending Hausfeld in its 2018 North America Innovative Lawyers Report for its representation of plaintiffs in In Re Foreign Exchange Benchmark Rates Antitrust Litigation. Hausfeld is proud to be the only plaintiffs' firm to have received recognition in the category of 'dispute resolution' for 2018 on both sides of the Atlantic.

In 2016, the *Financial Times* named Hausfeld as a top innovative law firm. Writing about Hausfeld's innovation in the legal market, the *Financial Times* noted: "The firm has taken the litigation finance model to Germany, to turn company inhouse legal departments into profit centres."

In 2015, Michael Hausfeld was recognized by the *Financial Times* as one of the Top 10 Innovative Lawyers in North America.

In 2013, Hausfeld won the *Financial Times* Innovative Lawyer Dispute Resolution Award. The FT stated that Hausfeld has "[p]ioneered a unique and market-changing litigation funding structure that improved accessibility and enabled victims to pursue actions with little or no risk."

## Global Competition Review:



In 2018, Hausfeld attorneys were awarded *Global Competition Review's* "Litigation of the Year – Cartel Prosecution" commending its work on *In re Vitamin C Antitrust Litigation*. In this historic case, the Supreme Court ruled in favor of Hausfeld's clients, setting forth criteria and a framework for courts to use when assessing the credibility and weight to give to a foreign government's expression of its own laws.

In 2016, Hausfeld was awarded *Global Competition Review's* "Litigation of the Year – Cartel Prosecution" for its work on *In re Foreign Exchange Antitrust Benchmark Litigation*. The award recognized Hausfeld's success in the Foreign Exchange litigation to date, which has included securing settlements for more than $2.3 billion in on behalf of a class of injured foreign exchange investors and overcoming three motions to dismiss in the action.

In 2015, Hausfeld attorneys were awarded *Global Competition Review's* "Litigation of the Year – Non-Cartel Prosecution," which recognized their trial victory in *O'Bannon v. NCAA*, a landmark case brought on behalf of college athletes challenging the NCAA's restrictions on payment for commercial licensing of those athletes' names, images, and likenesses in various media.

# HAUSFELD



### U.S. News & World Report:

Since 2016, *U.S. News & World Report* – Best Law Firms has named Hausfeld to its top tier in both Antitrust Law and Litigation, and among its top tiers in Commercial Litigation. Hausfeld was also recognized in New York, San Francisco, and Washington, DC in Antitrust Law, Litigation, Mass Torts and Commercial Litigation.



### American Antitrust Institute:

In 2018, Hausfeld and its co-counsel received the *American Antitrust Institute's* award for 'Outstanding Antitrust Litigation Achievement in Private Law Practice' for their trial and appellate victories in *In re Vitamin C Antitrust Litigation.*

In 2016, the *American Antitrust Institute* honored two Hausfeld case teams—*In re Air Cargo Shipping Services Antitrust Litig.* (E.D.N.Y.) and *In re Municipal Derivatives Antitrust Litig.* (S.D.N.Y.)—with its top award for Outstanding Antitrust Litigation Achievement in Private Law Practice. Taken together, these two cases have yielded settlements of over $1.4 billion to class members after nearly a decade of litigation. The award celebrates private civil actions that provide significant benefits to clients, consumers, or a class and contribute to the positive development of antitrust policy.

In 2015, Hausfeld and fellow trial counsel won the American Antitrust Institute's award for Outstanding Antitrust Litigation Achievement in Private Law Practice for their trial and appellate victories in *O'Bannon v. NCAA.*

### Chambers & Partners:



In 2020, *Chambers and Partners* named Hausfeld to its highest tier, Band 1, for "Antitrust: Plaintiff – USA – Nationwide," noting that the firm is:

**"able to deploy a deep bench of trial attorneys with outstanding litigation experience," and is "renowned for its abilities representing plaintiffs in multidistrict class action antitrust suits across the country involving a wide variety of antitrust issues."**

Clients reported to the publication that "Hausfeld is a great partner that makes sure to understand our perspective," and peers have commended the firm's "terrific, deep bench."

Hausfeld was one of just four law firms ranked in Band 1. Hausfeld's New York office was also named to Band 1 for "Antitrust: Mainly Plaintiff – New York."

The publication has also previously noted the firm's attributes as including:

- A reputation as a "[m]arket-leading plaintiffs' firm with considerable experience in antitrust class action suits and criminal cartel investigations."
- "[N]umerous successes in the area, resulting in major recovery or settlements for its clients."
- Firm Chair Michael Hausfeld's record as "a very successful and able antitrust litigator," and "one of the titans of the Plaintiffs Bar."

Additionally, between 2016 and 2019, *Chambers & Partners UK* ranked Hausfeld in the top tier among London firms representing private claimants in competition matters and recognized the firm's accomplishments in Banking Litigation.



### National Law Journal:

In 2015, Hausfeld was named to the *National Law Journal's* "Plaintiffs Hot List" for the fourth year in a row. The publication elaborated:

"Hausfeld's creative approaches underpinned key antitrust wins last year, including a trailblazing victory for former college athletes over the use of their likenesses in television broadcasts and video games…" and Hausfeld, along with its co-counsel, "nailed down a $99.5 million settlement with JPMorgan Chase & Co. in January in New York federal court for alleged manipulation of market benchmarks. And it helped land nearly $440 million in settlements last year, and more than $900 million thus far, in multidistrict antitrust litigation against air cargo companies."

In 2014, *The National Law Journal* named Hausfeld as one of a select group of America's Elite Trial Lawyers, as determined by "big victories in complex cases that have a wide impact on the law and legal business." The award notes that Hausfeld is among those "doing the most creative and substantial work on the plaintiffs side."

# HAUSFELD®

# Diversity and Inclusion

Hausfeld is committed to diversity and inclusion, because we know that embracing a variety of viewpoints and backgrounds allows us to gain better insights and strengthen our practice. Our diversity is reflected throughout our dozens of case teams leading class actions across the country. We are proud that half of our lawyers are women, who lead some of the largest price-fixing and market manipulation antitrust MDLs in the United States on behalf of our firm.

Hausfeld's Diversity and Inclusion Committee is committed to examining and improving all aspects of our hiring, benefits, training, support, and promotion practices to ensure that we maintain the highest standards for ourselves, and continually strive for improvement. We seek to ensure that all of our attorneys are provided the resources they need to excel, and are given opportunities to lead, both within and outside the firm.

# Thought Leadership

Hausfeld lawyers do more than litigation. They exercise thought leadership in many fields. Hausfeld lawyers host, lecture at, and participate in leading legal conferences worldwide and address ground-breaking topics including: the pursuit of damages actions in the United States and the European Union on behalf of EU and other non-U.S. plaintiffs; nascent private civil enforcement of EU competition laws; application of the FTAIA; the impact of *Wal-Mart Stores, Inc. v. Dukes* and *Comcast Corp. v. Behrend* on class certification; reforms to the Federal Civil Rules of Procedure; emerging issues in complex litigation; and legal technology and electronic discovery.

Hausfeld attorneys have presented before Congressional subcommittees, regulators, judges, business leaders, in-house counsel, private lawyers, public-interest advocates, elected officials and institutional investors, and hold leadership positions in organizations such as the American Bar Association, the American Antitrust Institute, the Women Antitrust Plaintiffs' Attorneys network group, the Sedona Conference and the Institute for the Advancement of the American Legal System.

## Selected Articles

- Jeanette Bayoumi, **"From Silicon Valley to the Burger Joint: The Evolving Landscape of Vertical 'No-Poach' Cases,"** Hausfeld Competition Bulletin/Lexology (Fall 2019).

- Melinda R. Coolidge and Katie R. Beran, **"The Federal Trade Commission Slams Impax/Endo Reverse Payments Settlement,"** Hausfeld Competition Bulletin/Lexology (Summer 2019).

- Walter D. Kelley Jr., **"Arbitrability – Which Is To Be Master?"** Hausfeld Competition Bulletin/Lexology (Spring 2019).

- Nathaniel C. Giddings & Aaron Patton, "**Social Media and Antitrust: A Discovery Primer,"** *Antitrust Magazine* (Summer 2018).

- Steven Nathan and Irving Scher, **"The Role of Comity in Antitrust Discovery,"** Hausfeld Competition Bulletin/ Lexology (Spring 2018).

- Sarah LaFreniere (Co-Author), **"The Volkswagen Scandal: Catalyst for Class Action Change?"** *Law360* (Feb. 27, 2018).

- Jeanette Bayoumi, **"Are Nationwide Classes at Risk for Overturned Settlements following the Ninth Circuit's Ruling in Hyundai?"** Hausfeld Competition Bulletin/ Lexology (Winter 2018).

- Michael D. Hausfeld, Irving Scher, and Laurence Sorkin, **"Litigating Indirect Purchasers Claims: Lessons for the EU from the U.S. Experience,"** *Antitrust Magazine* (Fall 2017)

- Scott Martin, Michaela Spero, and Brian Henry, "**Cartel Damage Recovery: A Roadmap for In-House Counsel,"** *Antitrust Magazine* (Fall 2017)—Recipient of *Concurrences'* 2018 Antitrust Writing Award for Private Enforcement (Business) Category.

- Christopher Lebsock and Samantha Stein, **"Oligopoly & No Direct Evidence? Good Luck, Says Third Circuit,"** Hausfeld Competition Bulletin/Lexology (Fall 2017).

- Michael D. Hausfeld and Irving Scher, "**Damage Class Actions After *Comcast*: A View from the Plaintiffs' Side**," *Antitrust Magazine* (Spring 2016).

# HAUSFELD®

- James J. Pizzirusso, "**Proving Damages in Consumer Class Actions**," Consumer Protection Committee, Vol. 22/ No. 1, ABA Section of Antitrust Law (March 2016).

- Jeannine Kenney, **"Courts determine that non-cash consideration is subject to antitrust scrutiny under Actavis,"** Hausfeld Competition Bulletin/Lexology (Oct. 2015).

- Bonny E. Sweeney, "**Earning ACPERA's Civil Benefits,**" 29 *Antitrust Magazine* 37 (Summer 2015).

- Irving Scher, **"The FTC's Revised Fred Meyer Guides: Back to the Sixties,"** *Antitrust Source* (February 2015).

- Brent W. Landau and Gary Smith, "**Bundling Claims Under Section 1 of the Sherman Act: Focusing on Firms' Abilities to Create Anticompetitive Effects in a Market, Rather Than Their Share of It**," *Antitrust Health Care Chronicle,* Vol. 28/ No. 1, ABA Section of Antitrust Law (Jan. 2015).

- Michael D. Hausfeld, Gordon C. Rausser, Gareth J. Macartney, Michael P. Lehmann, Sathya S. Gosselin, "**Antitrust Class Proceedings – Then and Now,**" *Research in Law and Economics* (Vol. 26, 2014)—Recipient of *Concurrences'* 2015 Antitrust Writing Award for Private Enforcement (Academic) Category.

- Brent W. Landau and Brian A. Ratner, "**Chapter 39: USA,**" *The International Comparative Legal Guide to Cartels & Leniency* (Ch. 39, 2014).

- Michael D. Hausfeld and Brian A. Ratner, "**Prosecuting Class Actions and Group Litigation – Understanding the Rise of International Class and Collective Action Litigation and How this Leads to Classes that Span International Borders**," *World Class Actions* (Ch. 26, 2012)

- Michael D. Hausfeld and Kristen Ward Broz, "**The Business of American Courts in** *Kiobel*," *JURIST* – Sidebar (Oct. 2012).

- Michael D. Hausfeld, Brent W. Landau, and Sathya S. Gosselin, **"'CAT'-astrophe: The Failure of 'Follow-On' Actions,"** International Cartel Workshop, Presented by the ABA Section of Antitrust Law & The International Bar Association (Feb. 1-3, 2012).

- Michael D. Hausfeld and Brent W. Landau, et al., **"Private Enforcement of Antitrust Law in the United States, A Handbook - Chapter 4: Initiation of a Private Claim,"** (2012).

- Brian A. Ratner and Sathya S. Gosselin, **"The Novelty of Wal-Mart v. Dukes,"** American Bar Association, Business Torts & Civil RICO Committee, Business Torts & RICO News, Vol. 8, Issue 1, (Fall 2011).

- Bonny E. Sweeney, "**Overview of Section 2 Enforcements and Developments**," 2008 Wis. L. Rev. 231 (2008).

# HAUSFELD

www.hausfeld.com



 **PARTNER**

 **SAN FRANCISCO**

 **+1 (415) 633-1908**

 **bsweeney@hausfeld.com**

## Experience

Bonny is co-chair of the firm's antitrust practice group and a member of the firm's Management Committee. She has specialized in antitrust litigation for more than 20 years, representing clients in price-fixing, monopolization, Robinson-Patman Act and tying cases. She has played a leading role in major antitrust litigation, including serving as co-lead counsel in a sprawling litigation against the world's largest credit card companies, representing investors and banking customers in multiple cases against the largest banks in the world, and trying three antitrust class actions to jury verdict. Several of Bonny's cases have resulted in landmark court decisions that have helped shape United States antitrust law. In addition to her work in antitrust, Bonny also litigates consumer fraud class actions and represents clients in commercial litigation. Bonny also has an active pro bono practice.

## Representative Cases

- *In re Packaged Seafood Products Antitrust Litigation* – Bonny serves as lead counsel for a certified class of businesses seeking compensation for admitted price-fixing by the leading packaged tuna producers.

- *In re Parking Heaters Antitrust Litigation* – Bonny was co-lead counsel for businesses that purchased parking heaters directly from two companies that admitted fixing prices, resulting in a $15 million settlement.

- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* – Bonny previously served as co-lead counsel on behalf of merchants who challenged the fees and restraints imposed by credit card companies and their member banks.

- *In re Aftermarket Automotive Lighting Products Antitrust Litigation* – Bonny served as co-lead counsel in an antitrust case on behalf of purchasers of auto lights. The case settled for more than $50 million, and resulted in a landmark decision denying a leniency applicant's bid for reduced civil damages under the Antitrust Criminal Penalty Enhancement and Reform Act (ACPERA), because the defendant had not provided satisfactory or timely cooperation under the statute

- *In re iPod iTunes Antitrust Litigation* – Bonny served as lead trial counsel for the plaintiff class in this monopolization case, which was tried to a jury in 2014.

- *Law v. NCAA / Hall v. NCAA / Schreiber v. NCAA* – Bonny was one of the trial lawyers in this case in which the jury awarded $67 million to three classes of college coaches whose compensation had been limited by NCAA rules in violation of the Sherman Act.

- *In re Currency Conversion Fee Antitrust Litigation* – Bonny served as co-lead counsel in this antitrust case challenging banks' imposition of fees on credit card purchases in foreign countries. The case settled for $336 million.

## WHAT OTHERS SAY

- *Benchmark Litigation* named Bonny a "California Litigation Star" and a "Local Litigation Star" for Antitrust/Competition (2021)

- Bonny has been listed as a "Recommended Lawyer" in Antitrust - Civil Litigation/Class Actions - Plaintiff by *The Legal 500* (2019-Present)

- Bonny was named to the prestigious *Lawdragon* list of the 500 "Leading Lawyers in America" (2019 - Present), and to the *Lawdragon* list of "Leading Plaintiff Financial Lawyers" (2019-Present)

- *Best Lawyers* has ranked Bonny as a "Best Lawyer in America" for her work in Litigation-Antitrust (2018-Present) and a "Best Lawyer in Northern California" for Antitrust Law (2019)

- Bonny has been annually ranked as a California *Super Lawyer* (2007-Present)

- *The Daily Journal* has named Bonny as one of the "Top 100 Leading Women Lawyers in California" (2014)

- *Global Competition Review* honored Bonny as "Litigator of the Week" (2014)

- Bonny was named Outstanding Women in Antitrust, Competition by *Law360* (2007)

- Bonny was honored with the Wiley M. Manuel Pro Bono Services Award (2003)

- The San Diego Volunteer Lawyer Program honored Bonny with its Distinguished Service Award (2003)


## PUBLICATIONS

- Contributing Author, "The Next Antitrust Agenda: The American Antitrust Institute's Transition Report on Competition Policy to the 45th President of the United States," American Antitrust Institute (2017)

- Contributing Author, "Antitrust Law Developments (Eighth)," ABA Section of Antitrust Law (2017)

- Bonny E. Sweeney, "Earning ACPERA's Civil Benefits," 29 Antitrust Magazine 37 (Summer 2015)

- Bonny E. Sweeney, "Defining Antitrust Violations in the United States," Private Enforcement of Antitrust Law in the United States: A Handbook (Albert A. Foer and Randy M. Stutz, eds.) (Elgar, 2012)

- Bonny E. Sweeney, "Defining Antitrust Violations in the US," The International Handbook on Private Enforcement of Competition Law (Albert A. Foer and Jonathan W. Cuneo, eds.) (Elgar, 2010)

- Co-author, "State Common Law Torts," Business Torts and Unfair Competition Law, Antitrust and Unfair Competition Law Treatise (4th ed., 2010)

- Co-author, "The Next Antitrust Agenda: The American Antitrust Institute's Transition Report on Competition Policy to the 44th President of the United States," (Albert A. Foer, ed. 2008)

- Bonny E. Sweeney, "The 'Federalization' of the Cartwright Act," 17 COMPETITION 139 (Fall 2008)

- Bonny E. Sweeney, "An Overview of Section 2 Enforcement and Developments," 2008 Wis. L. Rev. 231 (2008)

- Bonny E. Sweeney, "Market Competitiveness: Does State Antitrust Law Need to be Updated?" Statement Before California Senate Judiciary Committee, 14 COMPETITION (Spring/Summer 2005)

- Editor, Model Jury Instructions in Civil Antitrust Cases: 2021 Edition, ABA Section of Antitrust Law (forthcoming)

- Contributing Author, "Inclusivity and Excellence: Guidelines and Best Practices for Judges Appointing Lawyers to Leadership Positions in MDL and Class Action Litigation" (forthcoming from James F. Humphreys Complex Litigation Center, George Washington Law School)

## PRESENTATIONS & SPEECHES SINCE 2010[1]

- "Antitrust Trials: Lessons from the Battlefield," Bar Association of San Francisco, San Francisco, CA (September 2019)

- "Strengthening Antitrust Enforcement," American Antitrust Institute 20th Annual Policy Conference Washington, D.C. (June 2019)

- "Antitrust 'Markman' Hearings: Cartel Class Certification Battles," ABA Antitrust Section, 2019 Spring Meeting, Washington, D.C. (March 2019)

- "Celebrating Women in Competition Law," California Lawyers' Association, San Francisco, CA (March 2019)

- "Antitrust and Silicon Valley: New Themes and Direction in Competition Law and Policy," Santa Clara University School of Law Review, Santa Clara, CA (March 2019)

- "*ACPERA in Civil Cases*" panel, ABA Section of Antitrust Law's 66th Spring Meeting (April 2018)

- "A Fresh Look at the Role of Economics in Antitrust Analysis," The American Antitrust Institute 17th Annual Conference, Washington, D.C. (June 2016)

- Faculty Member, ABA Antitrust Masters Course, Williamsburg, VA (Sept. 2016)

- Participant, Mock Trial, ABA Section of Antitrust Law, Spring Meeting, Washington, D.C. (April 2015)

- Participant, Mock Trial, George Washington University, Washington, D.C. (Sept. 2015)

- "Litigation in the Aftermath of Criminal Prosecution," ABA Antitrust Section, 2014 Spring Meeting, Washington, D.C. (March 2014)

- Faculty Member, ABA Antitrust Masters Course, Williamsburg, VA (Sept. 2014)

- Faculty Member, ABA/IBA International Cartel Workshop, Rome, Italy (Feb. 2014)

- "Comcasting a Wider Net? A Real-Life Study of *Comcast Corp. v. Behrend's* Application and Effect at Class Certification," ABA 2013 Class Action National Institute, Boston, MA (Oct. 2013)

- "Recent Developments in California Antitrust and Unfair Competition Law," Antitrust and Unfair Competition Law Section, San Francisco, CA (June 2013)

- "Judgment Sharing Agreements: The Plaintiff's Perspective," ABA Antitrust Section, 2013 Spring Meeting, Washington, D.C. (Apr. 2013)

- "Antitrust and Sports Law," Ninth Circuit Judicial Conference, Lahaina, HI (Aug. 2012)

- Contributor, "Joint Comments of the American Bar Association Section of Antitrust Law and Section of International Law to the Department for Business Innovation & Skills' Consultation on Options for Reform of Private Actions in Competition Law," (July 2012)

- Faculty Member, ABA/IBA International Cartel Workshop, Vancouver, Canada (Feb. 2012)

- Panelist, "*Clayworth v. Pfizer*", Los Angeles County Bar Association, Antitrust Section (Mar. 2011)

- Faculty Member, ABA/IBA International Cartel Workshop, Paris, France (Feb. 2010)

---

[1] For a complete list of presentations and speeches, please refer to the website biography at
https://www.hausfeld.com/our-people/bonny-e-sweeney

# HAUSFELD

www.hausfeld.com



 **PARTNER**

 **WASHINGTON, DC**

 **+1 (202) 540-7200**

 **mcoolidge@hausfeld.com**

## Experience

Melinda represents Fortune 200 companies and classes of direct and indirect purchasers of products that have been the subject of antitrust violations across the globe. She has litigated complex class actions through the hurdles of class certification, summary judgment, and trial. In her cases, clients and classes she represents have obtained more than $1 billion in settlements, and in one recent case, a 9-0 victory in the U.S. Supreme Court. She proudly works to ensure private enforcement of the country's antitrust laws and to ensure free and open markets. Melinda has represented clients in the pharmaceutical, agricultural, industrial gas, auto parts, and rail freight and air cargo industries. She represents companies listed in the Fortune 200, as well as classes of direct and indirect purchasers of products impacted by antitrust violations.

## Representative Cases

- *In re Rail Freight Fuel Surcharge Antitrust Litigation* – Represents large corporations that directly purchased rail freight shipping services from BNSF, CSX, Norfolk Southern, and Union Pacific in their claims for damages stemming from the alleged rail freight cartel in the early 2000s.

- *In re Automotive Parts Antitrust Litigation* – Represents various car manufacturers and other OEMs, working to recover damages incurred from the massive worldwide auto parts cartel. The cartel has resulted in over 80 guilty pleas in the United States, and fines and decisions by regulatory authorities around the world.

- *In re Thalomid and Revlimid Antitrust Litigation* – Represents a class of end payors of Thalomid and Revlimid in antitrust litigation against Celgene (settled for $34 million, pending court approval), and In re Zymar and Zymaxid Litigation, representing a class of direct purchasers of two eye medications against Allergan, Kyorin, and Senju.

- *Haff Poultry, Inc. et al. v. Tyson Foods, Inc. et al.* and *Haff Poultry, Inc. et al. v. Koch Foods, Inc. et al.*— Represents a class of poultry growers alleging a nationwide conspiracy among vertically-integrated poultry companies to suppress and maintain compensation for growing services below competitive levels.

- *In re Air Cargo Antitrust Litigation* – Represented freight forwarders and other direct purchasers of air cargo shipping services against a worldwide price-fixing cartel, in which her clients and the class recovered over $1 billion in settlements.

- *In re Vitamin C Antitrust Litigation* – In 2013, Melinda served on the trial team for the plaintiff class at trial in this case which secured a trebled jury verdict of $162 million against Chinese vitamin C manufacturer defendants. On appeal, the U.S. Supreme Court ruled 9-0 in favor of Hausfeld's clients, creating an important precedent for any transnational litigation where U.S. victims' rights are threatened by interpretations.

## WHAT OTHERS SAY

- *The Legal 500* honored Melinda as a "Next Generation Lawyer" in Antitrust – Civil Litigation/Class Actions: Plaintiff (2019-Present), and has listed her as a "Recommended Attorney" (2017-Present)

  - "Melinda Coolidge and Scott Martin go above and beyond at all hours to provide the best level of customer service. They are always there with an explanation." (*The Legal 500*, 2020)

  - "Brian Ratner and Melinda Coolidge are both first class. They are personable, knowledgeable and deliver results." (*The Legal 500*, 2020)

- Melinda was named a "Rising Star" by *Super Lawyers* for Antitrust Litigation five years in a row (2014-2019) and has been named a DC Super Lawyer (2020)

- *Lawdragon* named Melinda as one of its "Top Plaintiff Financial Lawyers" (2019-Present)

- *Global Competition Review* honored her case team for their work on the Vitamin C cartel class action, with the award for "Litigation of the Year – Cartel Prosecution" (2019)

- *Global Competition Review* has named Melinda one of the "Top 100 Women in Antitrust," and the *National Law Journal* has called her an "Antitrust Trailblazer" (2016)

- Melinda's cases have twice been honored by the *American Antitrust Institute* for "Outstanding Antitrust Litigation Achievement in Private Law Practice" – once for *In re Air Cargo Antitrust Litigation* (2016) and again for *In re Vitamin C Antitrust Litigation* (2018)

- *The Legal 500* has previously named Melinda a "Rising Star" in Antitrust – Cartel Enforcement, and *Law360* named her a "Rising Star" as well in the Class Actions category (2015)


## PUBLICATIONS

- Co-author, "The Federal Trade Commission Slams Impax/Endo Reverse Payment Settlement," Hausfeld Competition Bulletin (Spring 2019), reprinted in Lexology

- William P. Butterfield, Conor R. Crowley, Melinda R. Coolidge, "Diving Deeper to Catch Bigger Fish," DESI III Conference, June 2009


## PRESENTATIONS & SPEECHES

- "Panel Speaker, "Cartels Hit the Kitchen Table," ABA Section of Antitrust Law (May 28, 2020)

- Guest Speaker, "What is the Secret Sauce Behind Developing a Complaint?" ABA Section of Antitrust Law's weekly podcast, Our Curious Amalgam (September 18, 2019)

- Panel Speaker, "Antitrust Issues in Private Enforcement Actions Against Agricultural Industries," AAI 11th Annual Private Antitrust Enforcement Conference (November 7, 2017)

- Panel Speaker, "Did the enforcers go bananas in Dole v. Commission? What are the boundaries of cartel conduct - and why does it matter?" GCR Live Cartels (April 5, 2016)

- Panel Speaker, "Antitrust Claims: Class Actions and Opting Out," AAJ Annual Convention (July 26-29, 2014)

# HAUSFELD



 **PARTNER**

 **PHILADELPHIA**

 **+1 (215) 985-3270**

 **kberan@hausfeld.com**

## Experience

Katie is a partner in Hausfeld's Philadelphia office. Her practice focuses on pursuing justice for plaintiffs in antitrust, consumer protection, civil and human rights, and environmental litigation. Before joining the firm, Katie served as a Law Clerk to the Honorable Gerald A. McHugh in the Eastern District of Pennsylvania during the first two years of Judge McHugh's tenure on the Bench. Katie has represented a diverse array of clients, including cancer patients fighting for access to affordable treatment, municipalities seeking remedies to protect the health and well-being of their residents, and victims of data security breaches. Katie also maintains a robust pro bono practice, where she regularly represents participants in the Eastern District of Pennsylvania Supervision to Aid Reentry Program in civil legal matters, currently serves as counsel for victims of childhood sexual abuse by Pennsylvania clergy, and has engaged in climate change impact litigation.

## Representative Cases

- *In re Thalomid and Revlimid Antitrust Litigation* – A class action alleging that the defendant's extensive anticompetitive conduct excluded generic alternatives for Thalomid and Revlimid, two drugs used to treat rare but deadly conditions, from entering the market, causing end payors to incur millions of dollars in overcharges.

- *In re Foreign Exchange Benchmark Rates Antitrust Litigation* – A case alleging a conspiracy to fix the prices of foreign exchange instruments among some of the largest banks in the world, in which the firm has secured more than $2.3 billion in settlements.

- *In re Farm-Raised Salmon and Salmon Products Litigation* – A class action on behalf of salmon purchasers alleging a price-fixing conspiracy between the leading producers of farm-raised Atlantic Salmon.

- *SCWA v. Dow, et al.* and *SCWA v. 3M Company, et al.* – Two environmental cases on behalf of the largest public water supplier in the country against the manufacturers and distributors of products containing toxic chemicals for contamination of the local public drinking water.

- *Bhatia v. 3M Company* – A class action filed on behalf of dentists and dental practices alleging that 3M knowingly sold defective dental crowns and, even after pulling the product from the market, refused to reimburse dentists for the replacement costs, which ultimately settled for $32.5 million.

- *In re American Medical Collection Agency, Inc. Customer Data Security Data Breach Litigation* – A class action arising out of a data security breach that compromised patient data at various medical diagnostic testing companies.

## EDUCATION

University of Pennsylvania Law School, *cum laude*, 2012

American University, *magna cum laude*, 2009

## WHAT OTHERS SAY

- Katie was named an "On the Rise – Top 40 Young Lawyer" in the country by the American Bar Association (2020)

- Katie and Hausfeld's PA office were honored with the Philadelphia Bar Foundation's Pro Bono Award (2019)

- Katie was honored with the "Recognized Community Partner" award by the United States District Court for the Eastern District of Pennsylvania for her valuable contributions to the STAR program (2019)

- Katie was recognized by Pennsylvania *Super Lawyers* as a "Rising Star" in Antitrust litigation (2018-Present)

- The *National Law Journal* honored Katie as an "Energy & Environmental Trailblazer" (2018)

- *The Legal Intelligencer* deemed Katie a "Lawyer on the Fast Track" (2017)

- Katie was the recipient of the Penn Law Toll Public Interest Center, Pro Bono Supervisor Award for her work with Federal Reentry Court Clinic students (2016)

Disclaimer: The Legal Intelligencer Lawyers on the Fast Track list is issued by American Lawyer Media (ALM); a description of the selection methodology can be found **here**. The Pennsylvania Super Lawyers Rising Stars list is issued by Thomson Reuters; a description of the selection methodology can be found **here**. The National Law Journal's Energy and Environmental Trailblazers list is issued by ALM; a description of the selection methodology can be found **here**. No aspect of this advertisement has been approved by the Supreme Court of New Jersey.

## PUBLICATIONS

- Co-author, "The Federal Trade Commission Slams Impax/Endo Reverse Payment Settlement," Hausfeld Competition Bulletin (Spring 2019), reprinted in Lexology

- Author, Recent Third Circuit Product-Hopping Case Warrants Rehearing, Lexology (Nov. 16, 2016)

- Revisiting the Prostitution Debate: Uniting Liberal & Radical Feminism in Pursuit of Policy Reform, Law and Inequality: A Journal of Theory and Practice. University of Minnesota Law Journal, Volume 30, Issue 1 (2012)

- Nowhere to Fall: Facing the Economic Crisis in the U.S, Z Magazine (Oct. 2009). Co-author with Professor Celine-Marie Pascale.

## PRESENTATIONS & SPEECHES

- Panelist, Climate Change, 4th Annual Class Action Money & Ethics Conference (September 23, 2020)

- Panelist, ABA Section of Antitrust Law Program: Careers in Antitrust (Rutgers Law School, November 4, 2019)

- Panelist, Philadelphia Court of Common Pleas Civil Conversations CJE Program: Climate Change Litigation: To Be or Not To Be? (June 27, 2019)

- Moderator, ABA Section of Antitrust Law Legislation Committee Program: Healthcare & Pharma Regulation Through Antitrust Legislation (April 25, 2019)

- Moderator, Successful Reentry: Innovative Programs to Reduce Recidivism and Reform the Criminal Justice System, Pursuing Justice 2016: Bend the Arc's First National Conference (June 6, 2016)

- Panelist, Transformative Lawyering, Community Partnerships and the Power of Reentry Court, 2nd Annual Conference for Integrating Spirituality, Law and Politics, Drexel University Thomas R. Kline School of Law (June 4, 2016)

# HAUSFELD

www.hausfeld.com



 **ASSOCIATE**

 **SAN FRANCISCO**

 **+1 (415) 633-1908**

 **sstein@hausfeld.com**

## Experience

Samantha is an attorney in Hausfeld's San Francisco office, specializing in complex litigation, class actions, and antitrust enforcement. She primarily represents small businesses and consumers in several major class actions, acting as the lead associate on multiple cases. In her practice, Samantha has dealt with issues ranging from complex econometric modeling and expert work to managing relationships with leniency applicants under the Antitrust Criminal Penalty Enhancement and Reform Act ("ACPERA") to millions of documents produced in discovery. Samantha has argued in Federal Court, briefed numerous motions, and led discovery in multiple complex cases. Prior to Hausfeld, Samantha worked in the federal court, completing a two-year judicial clerkship in the United States District Court for the Northern District of California with the Honorable Magistrate Judge Maria-Elena James. Samantha was also a judicial extern in Northern District Court with both Magistrate Judges Donna Ryu and Maria-Elena James. During this time in the Northern District, Samantha gained exposure and experience in a wide variety of civil and criminal cases and a diversity of legal and case management issues. Samantha regularly writes on issues impacting the antitrust and class action bar and participates in events within the antitrust and consumer protection legal communities.

## Representative Cases

- *In re California Gasoline Spot Market Antitrust Litigation* – Samantha is the lead associate on this case on behalf of persons who purchased gasoline at retail in California. The suit alleges that multinational gasoline firms, Vitol, Inc. (Vitol) and SK Energy Americas, Inc., along with its parent company SK Trading International (SK) manipulated California's gas prices by taking advantage of a market disruption, the February 2015 explosion at a gasoline refinery in Torrance, California, to engage in a scheme to drive up gas prices for their own profit.

- *In re Packaged Seafood Products Antitrust Litigation* – Samantha is the lead associate on this case representing direct purchaser businesses in a class action suit alleging an antitrust price-fixing conspiracy among the main manufacturers of packaged tuna products in the United States. Defendants Bumble Bee and StarKist have pleaded guilty for violating the antitrust laws, as have several of their senior employees. Defendant Chicken of the Sea is the leniency applicant cooperating with the U.S. Department of Justice. The Court appointed Hausfeld as sole lead counsel for a class of direct purchasers.

- *In re Inductors Antitrust Litigation* – Samantha is the lead associate in this proposed class action alleging a conspiracy to fix prices of inductors sold in the United States. Defendant TDK is leniency applicant cooperating with the United States Department of Justice on its investigation into violation of the antitrust laws in the inductors market. The Court appointed Hausfeld LLP as co-lead counsel for a proposed class of direct purchaser plaintiffs.

- *In re Blue Cross Blue Shield Antitrust Litigation* – Samantha is part of the case team in this multidistrict litigation alleging that Blue Cross/Blue Shield entities across the country have entered into agreements not to compete with each other for customers of health insurance.

## EDUCATION

University of California Hastings College of the Law, J.D., 2014

Boston University, B.A. Political Science, 2009

## WHAT OTHERS SAY

- Samantha has been named an Antitrust Litigation "Rising Star" in Northern California by Super Lawyers (2018-Present)

- While attending law school at the University of California Hastings College of Law, Samantha won top student awards in her classes, including Prosecuting International Price-Fixing Cartels as well as Energy Law

## PUBLICATIONS

- Co-Author, "Oligopoly & No Direct Evidence? Good Luck, Says Third Circuit," Lexology, November 14, 2017.

- Co-Author, "Ninth Circuit Rejects "Administrative Feasibility" Requirement for Class Certification," Lexology, February 23, 2017.

# HAUSFELD

]
www.hausfeld.com



 **ASSOCIATE**

 **WASHINGTON, DC**

 **+1 (202) 540-7200**

 **dkees@hausfeld.com**

**Experience**

Daniel is an associate in Hausfeld's Washington, D.C. office. His current work focuses on antitrust, consumer protection, and environmental threats. Daniel earned his J.D. from the University of Pennsylvania Law School, where he served as a Senior Editor for The Regulatory Review and an Associate Editor for Penn's Journal of Constitutional Law. Daniel also served as a Teaching Assistant at The Wharton School, where he completed coursework in economics and business. Additionally, he helped low-income persons in Philadelphia to prepare their taxes as a VITA Tax volunteer. Prior to joining the firm, Daniel spent his summers at the Department of Justice and at high-profile D.C. law firms. Daniel is a 2016 Fulbright grantee who spent a year teaching in Mexico. He speaks Spanish at an advanced level.

## EDUCATION

University of Pennsylvania Law School, J.D., 2020

Millsaps College, B.A., 2016