UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC., <br>     Plaintiff, <br>                 vs. <br> GOOGLE LLC, *et al*., <br>     Defendants. | Case No. 3:20-cv-05792-JD |
| PEEKYA APP SERVICES, INC., <br>     Plaintiff, <br>                 vs. <br> GOOGLE LLC, et al., <br>     Defendants. | Case No. 3:20-cv-06772-JD |
| *This action is related to:* <br><br> *Epic Games, Inc. v. Google LLC, et al.,* <br> Case No. 3:20-cv-05671-JD <br><br> *Carr, et al v. Google LLC, et al.,* <br> Case No. 3:20-cv-05761-JD | **DECLARATION OF EAMON P. KELLY IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL** <br><br> Date:    December 3, 2020 <br> Time:    10:00 AM <br> Place:   Courtroom 11, 19th Floor <br><br> Judge:  Hon. James Donato |

I, Eamon P. Kelly, declare and state as follows:

      1.    I am a partner of the law firm of Sperling & Slater, P.C., (the "Sperling firm") and a member in good standing of the Bar of the Supreme Court of Illinois and have been admitted in this matter *pro hac vice*.

2. I submit this declaration in support of Plaintiffs' Motion to Appoint Interim Class Counsel. Except as otherwise stated, I make this Declaration based on my own personal knowledge, and if called as a witness I could and would competently testify to the matters stated herein.

3. The Sperling firm is counsel of record, with Hagens Berman Sobol Shapiro LLP, for Pure Sweat Basketball, Inc., plaintiff in *Pure Sweat Basketball v. Google LLC, et al.*, N.D. Cal. No. 3:20-cv-05792-JD.

4. The Sperling firm has 40 years of complex and multidistrict litigation experience. Since its founding by Bruce Sperling and Paul Slater, then an antitrust professor at Northwestern University Law School, the firm has specialized in antitrust enforcement. Sperling & Slater represented plaintiffs in over 50 such antitrust matters, including: matters in the electronics industry (*CRT*, *LCD*, and *ODD*); retail products; automotive parts; and name-brand pharmaceutical antitrust litigation.

5. The firm notably represented major grocery store chains and retail chain merchants in antitrust claims against American Express, MasterCard and Visa in the *Payment Card Interchange Fee* litigation, obtaining significant settlements through a decade of litigation.

6. In addition, the Sperling firm has handled dozens of antitrust class actions, and it or its partners have been appointed to leadership roles in many of those matters. Most recently my partner Joseph Vanek was appointed class co-lead counsel by Judge Alsup in *In Re Glumetza Antitrust Litigation* (No. 3:19-cv-05822 (N.D. Cal.)). The Sperling firm also serves on the executive committee in the ongoing *Cameron v. Apple Inc.* iOS developer case, where it has gained valuable experience with parallel claims.

7. Antitrust litigation has become one of the main areas of my practice, and I have handled a dozen antitrust matters, most of them on behalf of the plaintiff class.

8. I co-lead the Sperling firm's antitrust class action practice and currently represent plaintiffs in antitrust actions in the pharmaceutical and consumer electronics industries, including the following pending matters:

- *In Re Apple iPhone Antitrust Litigation* (4:11-cv-06714 – N.D. Cal.)
- *Cameron v. Apple* (4:19-cv-03074 – N.D. Cal.)

- *In Re Ranbaxy Generic Drug Appl. Antitrust Litigation* (10-md-02878 – D. Mass.)
- *In Re Glumetza Antitrust Litigation* (3:19-cv-05822 – N.D. Cal.)
- *Staley v. Gilead Sciences* (3:19-cv-02573 – N.D. Cal.)

9. I currently serve in a leadership role in two pending antitrust actions. I serve on the the interim executive committee for the end-payor class plaintiffs in *Staley v. Gilead Sciences*, and I am part of the Sperling firm team serving on the executive committee in *Cameron v. Apple*.

10. My biography is available at the following web address: https://www.sperling-law.com/eamon-p-kelly.

11. I will be assisted on this matter by other lawyers from the Sperling firm, including the following lawyers, whose biographies are available at the web address provided: Paul Slater, https://www.sperling-law.com/paul-e-slater; Joseph Vanek, https://www.sperling-law.com/joseph-m-vanek; and Alberto Rodriguez, https://www.sperling-law.com/alberto-rodriguez.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on this 21st day of October, 2020, at Chicago, Illinois.

                /s/ Eamon P. Kelly
                Eamon P. Kelly