Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Willard K. Tom, *pro hac vice*
willard.tom@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C.  20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEEKYA APP SERVICES, INC., a Florida corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-cv-06772-JD<br><br>**NOTICE OF APPEARANCE OF MICHELLE PARK CHIU** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Michelle Park Chiu of Morgan, Lewis & Bockius LLP, hereby appears as counsel for Defendants Google LLC; Google Payment Corp.; Google Commerce Ltd.; Google Ireland Limited; and Google Asia Pacific Pte. Ltd. Ms. Park Chiu is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile, and email address are as follows:

>Michelle Park Chiu, Bar No. 248421
>MORGAN, LEWIS & BOCKIUS LLP
>One Market, Spear Street Tower
>San Francisco, CA 94105-1596
>Telephone: (415) 442-1000
>Facsimile: (415) 442-1001
>Email: michelle.chiu@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated: October 28, 2020                By      /s/ Michelle Park Chiu
                                                Michelle Park Chiu
                                                MORGAN, LEWIS & BOCKIUS LLP

                                                *Attorneys for Defendants*